# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141922

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROY PRETTY HOLMES,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 141922
COA: 299439
Kent CC: 09-001432-FC

On order of the Court, the application for leave to appeal the September 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

s0131